```
GOLDSMITH & HULL        #108741
Attorney At Law
Carl N. Marschall
Attorney Bar #71823
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585  Fax: (818) 996-4537

ATTORNEYS FOR PLAINTIFF
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 31 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. A00-2198 |
| Plaintiff, | DEFAULT JUDGMENT |
| v. | |
| HARRY JONES AKA HARRY E. JONES | |
| Defendant, | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from HARRY JONES AKA HARRY E. JONES the sum of $2,398.39 as principal, $2,786.66 as accrued pre-judgment interest, $0.00 for penalties/administrative charges, and $170.00 for court cost, plus $439.84 attorney fees, less credits of $0.00 for a total amount of $5,794.89 plus interest from September 1, 2000, at the rate of $.60 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATE: 1-31-2001

___ Docketed
✓ Copies / NTC Sent
✓ JS-5 / JS-6
___ JS-2 / JS-3
___ CLSD

SHERRI R. CARTER, CLERK COURT
U.S. District Court Central
District of California

BY: _____
    DEPUTY CLERK